**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-10806**
**Summary Calendar**

_____

**JOSEPH A. MURRAY,**

**Plaintiff - Appellant,**

**versus**

**RESTOR TELEPHONE PRODUCTS,**

**Defendant - Appellee.**

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(3:99-CV-819-H)**

March 29, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Joseph Murray appeals the district court's grant of summary judgment in favor of Restor Telephone Products. The court has considered appellant's position in light of the briefs and pertinent portions of the record. Having done so, we agree with the district court that Murray failed to provide evidence necessary to sustain his claims of discrimination under Title VII and we therefore <u>AFFIRM</u>.

**AFFIRMED.**

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.